FORD MOTOR COMPANY, Respondent, *v.* PRINCE LINE, LTD., Appellant.

(Argued May 11, 1932; decided June 2, 1932.)

*L. deGrove Potter, Charles R. Hickox* and *John J. Heckman* for appellant.

*G. Noyes Slayton* and *Harry D. Thirkield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.